JACOB MATTHES, Doing Business, etc., Appellant, v. MONROE CLOTHES SHOP, INC., and Others, Defendants, Impleaded with HENRY ROSENTHAL, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

B. EDMUND DAVID, INC., Appellant, v. FIFTH AVENUE THIRTY-FOURTH STREET REALTY CO., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATHAN BURKAN, Appellant, v. GEORGE LEARY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

YGLESIAS & CO., INC., Appellant, v. SEBASTIAN FONT and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNA DEAN, Appellant, v. KEANSBURG COASTER COMPANY, Respondent, Impleaded with Others.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that a question of fact was presented which should have been presented to the jury. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LENA HORWITZ, Respondent, v. KESSAM REALTIES, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD BERRIE and Others, Appellants, v. GEORGE P. BERRIE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ERNEST H. CHAPMAN and DORA CHAPMAN, Appellants, v. MACOLATA FABRIANI, Respondent, and THE CITY OF NEW YORK, Defendant.— Judgment affirmed, with costs; twelfth finding of fact and second conclusion of law reversed in so far as they find and hold that title to the street is in the abutting owner. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BUTTS & MOLLOY, INC., Appellant, v. THE O. B. POTTER PROPERTIES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX HOFFMAN and JACK EDLIN, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. M. HOYT and Others, Respondents, v. JANET H. PHILLIPS, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NELLIE CORCORAN, Respondent, v. HAMBAR REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.